IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-149-RLV
(5:09-cr-25-RLV-DCK-1)

| | |
|---|---|
| ALEJANDRO SALINAS GARCIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on a Motion for Leave to Appear Pro Hac Vice as to D. Craig Hughes. (Doc. No. 12). This Court's Local Rules provide that local counsel is necessary for pro hac vice admission and to continue to practice pro hac vice, unless the Court grants Special Admission to pro hac vice counsel to represent a party without local counsel. See Local Civ. R. 83.1. Special admissions are discretionary. See Local Civ. R. 83.1(C)(1).

Pro hac vice counsel Hughes asserts that he is a member in good standing with the State Bar of Texas, the Bar of the United States Supreme Court, the Fourth, Fifth, and Seventh Circuit United States Courts of Appeals, as well as the United States District Courts for the Northern and Southern Districts of Texas, the Northern and Southern Districts of Illinois, and the District of Nebraska. In support of the motion, counsel Hughes attests that, in response to Petitioner's pro se motion to vacate, the Government has indicated that an evidentiary hearing may be warranted based on a claimed conflict with a previous attorney, David B. Freeman. Hughes attests that he has "approached more than eight attorneys or law firms since the first of the year to serve as

1

associated local counsel and have consistently run across the same obstacle and reasoning for denial. They are either acquainted with Mr. Freedman, have worked with him in the past, or known him personally and would be conflicted if associated with this matter in any way." (Doc. No. 12 at 1).

The Court will **GRANT** the Motion for Leave to Appear Pro Hac Vice. (Doc. No. 12). Counsel is admonished to be fully familiar with the rules and procedures of this Court. Should it appear to the Court that counsel is not acting in compliance with the rules and procedures of this Court, the Court may revoke the special admission of counsel.

Signed: February 12, 2015

Richard L. Voorhees
United States District Judge