IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-149-RLV
(5:09-cr-25-RLV-DCK-1)

| | |
|---|---|
| ALEJANDRO SALINAS GARCIA, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court following an evidentiary hearing by this Court on June 3, 2015, on Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. It is the Court's understanding that the parties have now received copies of the transcript of the evidentiary hearing. The Court will give the parties until August 31, 2015, to submit supplemental briefing on Petitioner's motion to vacate in light of the evidence presented at the evidentiary hearing.

**IT IS SO ORDERED**.

Signed: August 3, 2015

Richard L. Voorhees
United States District Judge

1